UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 22-40860-659
EDDIE B GRIFFIN )
695 LILAC DR )
FLORISSANT, MO 63031 ) Chapter 13
        Debtor )
)
)

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO 63303 | 2,400.00 | 25/ATTORNEY FEE LUMP SUM<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO 63303 | 2,350.00 | 16/ATTORNEY FEE PERMO<br>ACCT:<br>COMM:<br>REG PYMT: $130.56<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO 65105-0475 | 1,424.78 | 20/Secured<br>ACCT: 5820<br>COMM: #13/59MO/11,14 INC/PEN<br>REG PYMT: $27.13<br>INT RATE: 4.75 |
| GLOBAL LENDING SERVICES LLC<br>PO BOX 935538<br>ATLANTA, GA 31193-5538 | 21,958.08 | 20/Secured - Motor Vehicle<br>ACCT: 9782<br>COMM: #11/100%59MO/18 CARAVAN<br>REG PYMT: $418.05<br>INT RATE: 4.75 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 0.00 | 40/Unsecured<br>ACCT: 5820<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 11,507.86 | 40/Unsecured<br>ACCT: 5820<br>COMM: #5 2010-12,2014 INCOME TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS CO COLLECTOR OF REV<br>41 S CENTRAL AVE<br>C/O KAREN J BENSON<br>ST LOUIS, MO  63105 | 105.97 | 30/Priority<br>ACCT: 4258<br>COMM: #3 2021 PPT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| 21ST CENTURY INSURANCE<br>PO BOX 7247-0302<br>PHILADELPHIA, PA  19170 | 0.00 | 40/Unsecured<br>ACCT: 1484<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AMEREN MISSOURI<br>PO BOX 66881<br>MAIL CODE 310<br>ST LOUIS, MO  63166-6881 | 0.00 | 40/Unsecured<br>ACCT: 3196<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BAXTER CREDIT UNION<br>PO BOX 8133<br>VERNON HILLS, IL  60061-8133 | 0.00 | 40/Unsecured<br>ACCT: 5S70<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BRIDGETON EMERG GROUP<br>PO BOX 731584<br>DALLAS, TX  75373-1584 | 0.00 | 40/Unsecured<br>ACCT: X325<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK (USA) NA<br>PO BOX 71083<br>C/O AMERICAN INFOSOURCE LP<br>CHARLOTTE, NC  28272-1083 | 377.38 | 40/Unsecured<br>ACCT: 0109<br>COMM: #6<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 747.21 | 40/Unsecured<br>ACCT: 5113<br>COMM: #10 CREDIT ONE BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CREDIT ONE<br>PO BOX 98873<br>LAS VEGAS, NV  89193-8873 | 0.00 | 40/Unsecured<br>ACCT: 0964<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CROWN VISION<br>211 E BROADWAY<br>ALTON, IL  62002 | 0.00 | 40/Unsecured<br>ACCT: 2950<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CROWN VISION<br>211 E BROADWAY<br>ALTON, IL  62002 | 0.00 | 40/Unsecured<br>ACCT: 3335<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEPAUL HOSPITAL<br>12303 DEPAUL DR<br>BRIDGETON, MO  63044-2512 | 0.00 | 40/Unsecured<br>ACCT: 2633<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEPAUL HOSPITAL<br>12303 DEPAUL DR<br>BRIDGETON, MO  63044-2512 | 0.00 | 40/Unsecured<br>ACCT: 0119<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| DEPAUL HOSPITAL<br>12303 DEPAUL DR<br>BRIDGETON, MO 63044-2512 | 0.00 | 40/Unsecured<br>ACCT: 0069<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEPAUL HOSPITAL<br>12303 DEPAUL DR<br>BRIDGETON, MO 63044-2512 | 0.00 | 40/Unsecured<br>ACCT: 5820<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ERNST RADIOLOGY CLINIC<br>PO BOX 1127<br>MARYLAND HEIGHTS, MO<br>63043-0127 | 0.00 | 40/Unsecured<br>ACCT: 3280<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ERNST RADIOLOGY CLINIC<br>PO BOX 1127<br>MARYLAND HEIGHTS, MO<br>63043-0127 | 0.00 | 40/Unsecured<br>ACCT: 0115<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ERNST RADIOLOGY CLINIC<br>PO BOX 1127<br>MARYLAND HEIGHTS, MO<br>63043-0127 | 0.00 | 40/Unsecured<br>ACCT: 0119<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FINGERHUT CORP<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303-0820 | 0.00 | 40/Unsecured<br>ACCT: 3035<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PREMIER BANKCARD LLC<br>PO BOX 772813<br>C/O JEFFERSON CAPITAL SYSTEMS<br>CHICAGO, IL 60677-2813 | 935.84 | 40/Unsecured<br>ACCT: 5802<br>COMM: #8<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                                                         Page 5
CASE NO: **22-40860-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| PREMIER BANKCARD LLC<br>PO BOX 772813<br>C/O JEFFERSON CAPITAL SYSTEMS<br>CHICAGO, IL  60677-2813 | 626.63 | 40/Unsecured<br>ACCT: 3990<br>COMM: #7<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| INPATIENT CONSULTANTS OF MO<br>PO BOX 844914<br>LOS ANGELES, CA  90084-4914 | 0.00 | 40/Unsecured<br>ACCT: 3012<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MDG USA INC<br>3422 OLD CAPITOL TRL<br>PMB#1993<br>WILMINGTON, DE  19808-6124 | 0.00 | 40/Unsecured<br>ACCT: 9583<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MDG USA INC<br>3422 OLD CAPITOL TRL<br>PMB#1993<br>WILMINGTON, DE  19808-6124 | 1,919.89 | 40/Unsecured<br>ACCT: 3262<br>COMM: #4<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MEDICAL COMMERCIAL AUDIT<br>PO BOX 480<br>HIGH RIDGE, MO  63049-0480 | 115.64 | 40/Unsecured<br>ACCT: 7752<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| METRO WEST ANESTHESIA<br>PO BOX 958864<br>ST LOUIS, MO  63195-8864 | 0.00 | 40/Unsecured<br>ACCT: 8573<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 779.94 | 40/Unsecured<br>ACCT: 0964<br>COMM: #9<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| CAPITAL COMMUNITY BANK<br>130 E RANDOLPH ST STE 3400<br>C/O OPPORTUNITY FINANCIAL LLC<br>CHICAGO, IL  60601-6060 | 1,203.78 | 40/Unsecured<br>ACCT: 1332<br>COMM: #12/OPPORTUNITY FINANCIAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PROGRESSIVE<br>PO BOX 361598<br>COLUMBUS, OH  43236 | 0.00 | 40/Unsecured<br>ACCT: 0964<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SANGEETA PANDE MD LLC<br>PO BOX 1449<br>MARYLAND HTS, MO  63043 | 0.00 | 40/Unsecured<br>ACCT: 4163<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SOUND PHYSICIANS OF IL<br>PO BOX 88087<br>CHICAGO, IL  60680-1087 | 0.00 | 40/Unsecured<br>ACCT: 3678<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SPIRE MISSOURI INC<br>DRAWER 2<br>ST LOUIS, MO  63171 | 1,495.61 | 40/Unsecured<br>ACCT: 0328<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM HEALTH<br>PO BOX 776236<br>C/O PATIENT BUSINESS SVCS<br>CHICAGO, IL  60677-6236 | 0.00 | 40/Unsecured<br>ACCT: 1114<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM DEPAUL HOSPITAL<br>PO BOX 776236<br>CHICAGO, IL  60677-6236 | 0.00 | 40/Unsecured<br>ACCT: 0115<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| SSM MEDICAL GROUP<br>PO BOX 795100<br>ST LOUIS, MO  63179-0700 | 0.00 | 40/Unsecured<br>ACCT: 5671<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM MEDICAL GROUP<br>PO BOX 795100<br>ST LOUIS, MO  63179-0700 | 0.00 | 40/Unsecured<br>ACCT: 9330<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS EYE CLINIC<br>PO BOX 840171<br>KANSAS CITY, MO  64184 | 0.00 | 40/Unsecured<br>ACCT: 2352<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WASTE MANAGEMENT<br>PO BOX 9001797<br>LOUISVILLE, KY  40290-1797 | 0.00 | 40/Unsecured<br>ACCT: 3003<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: August 22, 2022
STL_NTCPAYCLM -- BC

/s/ Diana S. Daugherty

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 22, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 22, 2022.

EDDIE B GRIFFIN
695 LILAC DR
FLORISSANT, MO  63031

/s/Diana S. Daugherty
────────────────────────
Diana S. Daugherty